1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 DANIEL ROSENTHAL,

11     Plaintiff,                  Case No. 2:07-CV-01204-KJD-PAL

12 v.                             **ORDER**

13 TIMOTHY POSTER, *et al.*,

14     Defendants.

15

16        Presently before the Court is the Report of Findings and  Recommendation (#49) of

17 Magistrate Judge Peggy A. Leen recommending that Defendant Marcia Hartman's answer be stricken

18 and default entered against her for her failure to abide by the orders of the Court.  Though the time

19 for doing so has passed, no objections to the magistrate judge's report and recommendation have

20 been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with

21 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court finds that the Report of Findings and

22 Recommendation (#49) of the United States Magistrate Judge entered February 5, 2009, should be

23 adopted and affirmed.

24        IT IS THEREFORE ORDERED that the Report of Findings and  Recommendation (#49) of

25 the United States Magistrate Judge entered February 5, 2009, is **ADOPTED** and **AFFIRMED**;

26

1          IT IS FURTHER ORDERED that Defendant Marcia Hartman's Answer (#31) is

2  **STRICKEN**;

3          IT IS FURTHER ORDERED that the Clerk of the Court **ENTER DEFAULT** against

4  Defendant Marcia Hartman;

5          IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment within

6  fifteen (15) days of the entry of this order, failure to do so will result in his claim being dismissed.

7          DATED this 27th day of February 2009.

8

9

10  _____
    Kent J. Dawson
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2